

Adult
Probation
Juvenile
Probation

The Judicial Branch of Arizona
Home  Maricopa County

Español  Locations  Links  Employment

## « Return to search results

### Civil Court Case Information - Case History

### Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2019-096402 | **Judge:** | Crawford, Janice |
| **File Date:** | 8/22/2019 | **Location:** | Southeast |
| **Case Type:** | Civil | | |

### Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Ronald Daniel Masters | Plaintiff | Male | Pro Per |
| Hertz Local Edition | Defendant | | Pro Per |

### Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/29/2019 | AFS - Affidavit Of Service | 9/5/2019 | |
| **NOTE:** THE HERTZ CORPORATION | | | |
| 8/22/2019 | COM - Complaint | 8/26/2019 | Plaintiff(1) |
| 8/22/2019 | CCA - Cert Compulsory Arbitration | 8/26/2019 | Plaintiff(1) |
| 8/22/2019 | CSH - Coversheet | 8/26/2019 | Plaintiff(1) |
| 8/22/2019 | ADW - Application Deferral/Waiver | 8/26/2019 | Plaintiff(1) |
| 8/22/2019 | ODF - Order Deferring Court Fees | 8/26/2019 | |
| 8/22/2019 | ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 8/26/2019 | Plaintiff(1) |

### Case Calendar

There are no calendar events on file

### Judgments

There are no judgments on file

<u>Ronald Daniel Masters v. The Hertz Corporation d/b/a Hertz Local Edition</u>

Superior Court of the State of Arizona

Maricopa County, Case No. CV2019-096402

**INDEX OF EXHIBITS TO THE NOTICE OF REMOVAL**

| A. | | All Filings in Superior Court |
|---|---|---|
| | 1. | Civil Cover Sheet |
| | 2. | Complaint |
| | 3. | Certificate of Compulsory Arbitration |
| | 4. | Application Deferral/Waiver |
| | 5. | Order Deferring Court Fees |
| | 6. | Affidavit in Support of Application for Deferral or Waiver of Service Process Costs |
| | 7. | Affidavit of Service |
| B. | | Notice of Removal to Maricopa County Superior Court |
| C. | | The Hertz Corporation 10Q Filing |

# EXHIBIT A

Person Filing: _RONALD DANIEL MASTERS_
Address (If not protected): _1805 W. NARANJA AVE_
City, State, Zip Code: _MESA, AZ 85202_
Telephone: _214-683-8927_
Email Address: _FOODMASTERS1960@YAHOO.COM_
Lawyer's Bar Number: _____

JEFF FINE
Clerk of the Superior Court
By Michelle Hessmer, Deputy
Date 08/22/2019 Time 12:34:00
Description                    Amount
------- CASE# CV2019-096402s Use Only
CIVIL NEW COMPLAINT          333.00 D

TOTAL AMOUNT                   0.00
           Receipt# 27382777

Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Ronald Daniel Masters_
Name of Plaintiff

_Hertz Local Edition_
Name of Defendant
_1711 E. Buckeye RD_
_Phoenix, AZ 85034_

Case Number: **CV2019-096402**
_____

Title:  **CIVIL COMPLAINT**
_____
_____

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____
       _____

Case Number: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☒ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR  Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is  *RONALD DANIEL MASTERS*

4. The Defendant in this case is  *HERTZ LOCAL EDITION*

## STATEMENT OF FACTS AND BREACH

5. SEPTEMBER 2018 REPORTED TO AREA MANAGER CONNOR MULLAN UNETHICAL BEHAVIOR BY CHRIS CARRILLA BRANCH MANAGER, BOOKING ABBREVIATING CARS IN A CLASS SO AS TO GET UPGRADE WHICH INCREASES HIS BONUS. VIOLATION OF ETHICS POLICY. ✱ THE COMPANY CHOSE NOT TO INVESTIGATE - PLEASE SEE EXHIBIT #3

6. OCTOBER 2018 REPORTED TO AREA MANAGER CONNOR MULLAN AND AREA MANAGER TYLER RICHARDS THAT CHRIS CARRILLO BRANCH MANAGER USED MY COMPANY ID AND SECURITY LOG IN TO PERFORM A TRANSACTION, AN ETHICS VIOLATION OF HERTZ AS WELL AS A VIOLATION OF ARIZONA LAW. ✱THE COMPANY CHOSE NOT TO INVESTIGATE. See EXHIBIT 3

7. NOVEMBER 2018 REPORTED TO CONNOR MULLAN, AREA MANAGER THAT EMPLOYEE DONTE BROWN TOOK COMPANY CAR (NOT ON CONTRACT) FOR 8 DAYS, VEHICLE RETURNED DAMAGED. ✱ VIOLATION OF ARIZONA LAW, HERTZ ETHICS POLICY AND PUT THE COMPANY AT LIABILITY ✱ THE COMPANY CHOSE NOT TO INVESTIGATE SEE EXHIBIT #4

8. MARCH 2019 REPORTED TO CONNOR MULLAN AREA MANAGER THAT A TRANSFERRED EMPLOYEE, LYDIA MESA HAS CREATED A "TOXIC" ENVIRONMENT. SUPPORTED BY DOCUMENTING DAILY WORK HABITS. ✱ THE COMPANY CHOSE NOT TO INVESTIGATE SEE EXHIBIT #1

9. MARCH 2019 REPORTED CONNOR MULLAN, AREA MANAGER" TO HUMAN RESOURCES FOR NOT REACTING OR INVESTIGATING OF ABOVE EVENTS APRIL 2019 I WAS TERMINATED SEE EXHIBIT #2

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

10. I REASONABLY Believe THAT THE COMPANY HAD ENGAGED IN UNLAWFUL CONDUCT, I REPORTED MY CONCERNS TO MY AREA MANAGER AND THE COMPANY'S CONDUCT IN TERMINATING MY EMPLOYMENT WAS "RETALIATORY"

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

SEE EXHIBIT #5

## APPLICABLE LAW SUPPORTING CLAIMS

( 1 ) ARIZONA EMPLOYMENT ACT, A.R.S. SECTION 23-1501
COMPANY MAY NOT FIRE AN EMPLOYEE FOR "DISCLOSURE BY THE EMPLOYEE IN A REASONABLE MANNER, THAT THE EMPLOYEE HAS INFORMATION OR A REASONABLE BELIEF THAT THE EMPLOYER OR AN EMPLOYEE OF THE EMPLOYER, HAS VIOLATED, IS VIOLATING OR WILL VIOLATE THE CONSTITUTION OF ARIZONA OR THE STATUTES OF THIS STATE TO EITHER THE EMPLOYER OR A REP OF THE EMPLOYER WHO THE EMPLOYEE REASONABLY BELIEVES IS IN A MANAGERIAL OR SUPERVISORY POSITION AND HAS THE AUTHORITY TO INVESTIGATE THE INFORMATION PROVIDED BY THE EMPLOYER AND TO TAKE ACTION TO PREVENT FURTHER VIOLATIONS OF THE CONSTITUTION OF ARIZONA OR STATUTES OF THIS STATE OR AN EMPLOYEE OF A PUBLIC BODY OR POLITICAL SUB DIVISION OF THIS STATE OR ANY AGENCY OF A PUBLIC BODY OR POLITICAL SUB DIVISION

( 2. ) AR.S. SECTION 23-1501 (c) (ii)
THE KEY ISSUE IS NOT WETHER THE COMPANY ENGAGED IN UNLAWFUL CONDUCT BUT WETHER I HAD A "REASONABLE BELIEF" THAT THE COMPANY'S EMPLOYEES HAD VIOLATED AN ARIZONA STATUTE

( 3. ) ("FLSA"), 29 U.S.C. § 215, ARS. § 23-352 · SUCH PROTECTED ACTIVITY NOT ONLY INCLUDES FORMAL COMPLAINTS WITH A COURT OR DEPT OF LABOR BUT ALSO INFORMAL COMPLAINTS TO A EMPLOYER

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(      ) _____

_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

( )_____
_____

( )_____
_____

( )_____
_____

( )_____
_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)


## DEMAND FOR RELIEF


**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1. ) COMPANY PAYS 12 MONTHS SEVERANCE PACKAGE OR $73,000

( 2 ) COMPANY PAYS $75,000 TO COMPENSATE FOR EMOTIONAL DISTRESS THAT THE COMPANY'S CONDUCT HAS CAUSED

( 3 ) COMPANY AGREES TO PROVIDE A NEUTRAL REFERENCE AND TREAT HIS TERMINATION LIKE A VOLUNTARY RESIGNATION

( 4 ) PARTIES AGREE TO A CONFIDENTIALITY PROVISION AND A NON DISPARAGEMENT PROVISION

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)


Dated this  08.22.2019  .
           *(Date of signature)*

*Ronald Daniel Masters*
*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 4 of 4                    CVC10f 070118

EXHIBIT #1

Page 1 of 2

Good Morning Sir,

This is between you and I please.

Classic Example of the challenges I face.

Lydia called off, 2nd time in 30 days not counting the 10 day vacation

Will and I will handle the Hotels, I am a customer service person and my NPS is going to suffer today!

Please advise

Ronnie

Do you have a tracker for Lydia? I'd hold her

Read 4/3/19

EXHIBIT# I
Age 2 of 2



Connor Hertz

Looking forward to it
Ronnie! You guys are killing
it in ARPD and revenue this
month! Keep up the good
work.
Busy day today. If you get in
a bind we'll be pulling cars
to motor mile all day can
probably pick something up

# Matthew Parks

*EXHIBIT*
*# 2*
*PAGE 1 of 3*


message


call


video


mail


pay

home
+1 (480) 292-3829

FaceTime               

Send Message

Share Contact

Create New Contact

EXHIBIT #2

Page 2 of 3



**You**                                                    Apr 1

To Mullan, Connor                                         o o o

 **Ron Personal 2019**
DOCX - 18 KB

Just wanted To share my thoughts with you.

Ronnie

• • •

 **You**                              Apr 5

To Parks, Matthew T.                                     o o o

 **Ron Personal 2019**
DOCX - 18 KB

EXHIBIT # 2
Page 3 of 3

 **Ron Personal 2019**
DOCX - 18 KB

Good Morning Sir,

I wanted to follow up with you in regards to
current events pertaining to Lydia Mesa.
Please find attached a memo that was sent
to my Area Manager this past week with
questions regarding steps that need to be
taken.

I was given no sound advise only to now
see my Integrity and a personal
investigation of my work ethics

I wanted to reiterate the fact that this
practice was addressed by Connor 2

EXHIBIT #3

Page 1 of 5

...you're a class act, and a valuable asset to the company! I'm free whenever you need me

Fri, Sep 14, 3:59 PM

Tyler,
I wanted to follow up with you per our conversation this morning as well as thanking you for your time. Per your request I wanted you to know that I did not hear from Connor today.
Hope you have a great weekend
Best Always

EXHIBIT #3
Page 2 of 5

What's your ASAP user ID?



Ronnie

wcc1683 is Dallas2$
ASAP is Dallas3$

259728
Password
Dallas2$
Dallas3$



Mon, Sep 24, 2:24 PM

Did I miss anything?



No you did not, thank you.

EXHIBIT #3
Page 3 of 5



EXHIBIT #3
Page 4 of 5

Yeah I figured as much, but I will bring that up with Connor



I wanted to let you know that the customer who rented Challenger from me brought the car back this AM and through casual conversation (unbeknown to them what direction I was going) confirmed the fact that they did not exchange vehicle at anytime. They went straight to Tucson and back.

Ronnie

EXHIBIT #3
PAGE 5 of 5

Ouch that's sounds painful. I hope the surgery goes well! Let me know if you need anything from me during that time.

Truthfully it makes no sense, and I've talked to Connor he is taking it to the next level to get this squared away.

Fri, Oct 12, 10:45 AM

Hey give me a call if you're working today!

have 30 Reservations tomorrow.

Why did we accommodate a walk in for a

R?

See you in the AM

Ronnie


Get Outlook for iOS

• • •


 **Mullan, Connor**
To You                                                    Dec 29
                                                          o o o

I am out of the office, returning 01/03/19 and will

respond to your email when I return. If you need

immediate assistance please reach out to Brant Smith

*Ex HIBIT*
*# 4*
*PAGE 1 of 3*

EXHIBIT #4
PAge 2 of 3

Thank Good Evening Team,

There was a Van rented out of CBI today at 14:41 with Reservation being made <u>at 14:25</u>.

Where did it come from? VAW showed no returns for vans? I inventoried this vehicle on 12.21.2018 At CBI with 32,473 Miles. There was no movement on this vehicle the past Seven Days however went out today 12.29.2018 with 33,338 Miles ?I inventoried last night at each location and checked in all returns this morning at each location and did not see this vehicle? <u>01198-2070647</u> I also asked Josh at 10:30 am this morning if that Van was ours and he said

EXHIBIT
#4
PAGE 3 OF 3

*(Car rental contract form — printed fields)*

| CUSTOMER NAME | | | | | | |
|---|---|---|---|---|---|---|
| R.T. CL OR NO. | UPD | C.O.P. NO. | CREDIT APP. / DATE / TIME | VEHICLE LIC. NO. **7LLN421** | STATE | CHECK IN CREDIT APP. |
| FORM OF PAY | CC #/EXP. DATE | | | VEN. MAKE · BODY STYLE   R | MPG SMB BPG | RATE PLAN DUT |
| DRIVER'S LICENSE NO. STATE/COUNTRY EXPIRES D.O.B. | | | | CHARGE DAY RATE ADD VEH. CL. **01198** R | DAYS 8 | $9.99 |
| HOME/BUSINESS ADDRESS     HOME/BUSINESS PHONE NO. | | | | MILEAGE IN | EXTRA HRS | |
| CITY/STATE/COUNTRY     ZIP CODE | | | | MILEAGE OUT **3.2487** | | |
| VEHICLE TO BE RETURNED TO (CITY/STATE) LOC. NO.  **DUE DATE** Hyatt  29th | | | | MILES DRIVEN | WK/MTH/EX DY | |
| VEHICLE RENTED AT (CITY/STATE)    AREA & LOCATION NO. | | | | LESS MILES ALLOWED | MILES CHARGED  MILES @ | |

Handwritten notes:

※ DELETED All MESSAGES FROM CBI PHONE & HILTON

※ ONE CAR CLEANED BY DONTE ON SATURDAY, THE VAN
AND THAN RENTED. CLEANED IT ON OUR TIME
AND CHARGED WASH TO - US

※ AT HYATT SUNDAY AM - WHY? TO DROP CONTRACT
AFTER CONFRONTED VIA EMAIL

※ JEREMY KNEW All Along WHAT WAS GOING ON

※ JEREMY & DONTE ARE RUNNING THEIR OWN
BRANCH -

**Arizona Department of
Economic Security**



**Office Of Appeals**

*EXHIBIT
#5
PAGE 1 OF 3*

1990 W. Camelback Road, Suite 200, Phoenix, AZ 85015, (602) 771-9019
Toll-Free 1-877-528-3330  FAX (602) 257-7056

RONALD D MASTERS
1805 W NARANJA AVE
MESA, AZ 85202-7432

DBA HERTZ LOCAL EDITION CORP
c/o Appeal Staff
TALX-UC EXPRESS
PO BOX 283
ST LOUIS, MO 63166-0283

Arizona Appeal No. U-1629391-001

Date of Mailing:                    7/3/2019

Social Security No. 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

Employer Acct. No.          4880400000

---

### DECISION OF APPEAL TRIBUNAL

## IN FAVOR OF CLAIMANT
## EMPLOYER'S ACCOUNT IS CHARGED

---

**The last day to file an appeal is   August 2, 2019   . Instructions for filing an
appeal are at the end of this decision.**

IMPORTANT---THIS IS THE JUDGE'S DECISION REGARDING YOUR CLAIM FOR
UNEMPLOYMENT BENEFITS
The Department of Economic Security provides language assistance free of charge.
For assistance in your preferred language, please call our Office of Appeals (602) 771-
9019 or Toll-Free at 1-877-528-3330.

IMPORTANTE --- ESTA ES LA DECISIÓN DEL JUEZ SOBRE SUS BENEFICIOS DE
SEGURO DE DESEMPLEO
The Department of Economic Security suministra ayuda de los idiomas gratis. Para
recibir ayuda en su idioma preferido, por favor comunicarse con la oficina de
apelaciones (602) 771-9019 o al número gratuito 1-877-528-3330.

## ISSUE:

Should the claimant be disqualified from receiving unemployment benefits because of
the reasons for separating from employment?

Should employer's account be charged for benefits paid the claimant as a result of this employment?

## DECISION:

The employer's account is subject to charges for benefits paid the claimant.

I reverse the deputy's ruling. The claimant was discharged from this employment for reasons other than wilful or negligent misconduct. The claimant qualifies for benefits.

## FINDINGS OF FACT:

The claimant was last employed as a branch manager by the employer, an auto rental company, for approximately 21 months prior to being discharged on 4/18/2019 because of alleged improper rental contract adjustments.

The claimant was branch manager for satellite rental locations at various hotels. Each hotel for which the employer provided rental car services to customers had a specific daily rate for rentals. The claimant never altered or adjusted any of the contracts. The employer discharged the claimant on 4/18//2019 for allegedly doing so.

## REASONING AND CONCLUSIONS OF LAW:

The claimant has contested a Determination of Deputy which held the claimant was discharged for misconduct connected with the employment.   This issue involves the application of Sections 23-775 and 23-727 of the Employment Security Law of Arizona.

Section 23-775 of the Arizona Revised Statutes provides in part:

An individual shall be disqualified for benefits:

*               *                       *

2.      For the week in which the individual has been discharged for wilful or negligent misconduct connected with the employment, and in addition to the waiting week, for the duration of the individual's unemployment and until the individual has earned wages in an amount equivalent to five times the individual's weekly benefit amount otherwise payable.

Arizona Revised Statutes, Section 23-727, provide in pertinent part as follows:

C.      Except as otherwise provided in subsections D, E, F and G of this section and sections 23-773 and 23-777, benefits paid to an individual shall be charged against the accounts of the individual's base-period employers.  The amount of benefits so

Page 2—Arizona Appeal No. U-1629391-001

chargeable against each base-period employer's account shall bear the same ratio to the total benefits paid to an individual as the base-period wages paid to the individual by the employer bear to the total amount of base-period wages paid to the individual by all the individual's base-period employers.

D.    Benefits paid to an individual whose separation from work with any employer occurs under conditions found by the commission to be within those prescribed by section 23-775, paragraph 1 or 2 or for compelling personal reasons not attributable to the employer and not warranting disqualification for benefits, shall not be used as a factor in determining the future contribution rate of the employer from whose employment the individual so separated, ...

Arizona Administrative Code, in Section R6-3-51190, provides in pertinent part as follows:

B. Burden of proof and presumption

*          *          *

2.  The burden of proof rests upon the individual who makes a statement.

*          *          *

b.  When a discharge has been established, the burden of proof rests on the employer to show that it was for disqualifying reasons. This burden may be discharged by an admission by the claimant, or his failure or refusal to deny the charge when faced with it.

The employer has provided no credible evidence of any specific work rule or conduct violations by the claimant. The employer's submitted "evidence" contains only conclusions, accusations and innuendo.

Therefore, I conclude that the claimant was discharged, but not for wilful or negligent misconduct connected with the employment.

S R. Ockrassa
Administrative Law Judge

Page 3—Arizona Appeal No. U-1629391-001

Person Filing: _Ronald Daniel Masters_

Address (if not protected): _1805 W. Naranja Ave_

City, State, Zip Code: _Mesa AZ 85202_

Telephone: _214-683-8927_

Email Address: _Foodmasters960@yahoo.com_

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

CLERK OF THE SUPERIOR COURT
FILED
AUG 22 2019   12:34 pm
M. Messmer, Deputy
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Ronald Daniel Masters_

_____
PLAINTIFF,

vs.

_The Hertz Corporation_

_____
DEFENDANT.

Case Number: CV2019-096402

## CERTIFICATE OF COMPULSORY ARBITRATION

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does / does not** exceed limits set by Local Rule for compulsory arbitration.  This case **is / is not** subject to compulsory arbitration as provided in Rules 72 through 77 of the Rules of Civil Procedure.

SUBMITTED this _22_ day of _August_, 20 _19_.

BY _Ron Masters_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1

CV00f - 030617
Use current version

In the Superior Court of the State of Arizona

In _____

**CV2019-096402**

Ca  CV2019-096402

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed? ☐ Yes  ☒ No

If yes, what language(s): _____

_____

_____

CLERK OF THE SUPERIOR COURT

AUG 2 2 2019 FILED

M. Messmer, Deputy

Plaintiff's Name(s): (List all)    Plaintiff's Address:              Phone #:        Email Address:
*Ronald Daniel Masters  1805 W Naranja Ave  214-683-8927  Food Masters 1960 @yahoo.com*

_____

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)  *The Hertz Corporation*

*1711 E. Buckeye Rd*

*Phoenix, AZ 85034*

(List additional Defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an **"X"** next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $ *148,000*     ☐ Tier 1   ☒ Tier 2   ☐ Tier 3

### NATURE OF ACTION

Place an **"X"** next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*
☐ 103 Wrongful Death*

## 110 TORT NON-MOTOR VEHICLE:

- ☐ 111 Negligence*
- ☐ 112 Product Liability – Asbestos*
- ☐ 112 Product Liability – Tobacco*
- ☐ 112 Product Liability – Toxic/Other*
- ☐ 113 Intentional Tort*
- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☐ 118 Slander/Libel/Defamation*
- ☐ 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*        ☐ 123 Hospital*
- ☐ 122 Physician D.O*         ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☐ 134 Other Contract (i.e. Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
  - ☐ 136 Six to Nineteen Structures*
  - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only*
- ☐ 177 Interpleader– Automobile Only*
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination*

☒ 185 Employment Dispute-Other*
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate

☒ 163 Other*  *WRONGFUL TERMINATION*
(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order       ☐ Provisional Remedy       ☐ OSC       ☐ Election Challenge

☐ Employer Sanction       ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

Person Filing: _Ronald Daniel Masters_
Address (if not protected): _1805 W. Naranja Ave_
City, State, Zip Code: _Mesa, AZ 85202_
Telephone: _714-683-8927_
Email Address: _Foodmasters1960@yahoo.com_
Lawyer's Bar Number: _____

CLERK OF THE SUPERIOR COURT
FILED
AUG 2 2 2019  12:35 PM
M. Messmer, Deputy
For Clerk's Use Only

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Ronald Daniel Masters_
**Name of Petitioner/Plaintiff**

Case Number: **CV2019-096402**

_The Hertz Corporation_
**Name of Respondent/Defendant**

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

STATE OF ARIZONA          )
                          ) ss.
COUNTY OF _Maricopa_      )

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note. All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.**

1.  [ ] **DEFERRAL:** I receive government assistance from the state or federal program marked below or am represented by a not for profit legal aid program:

    [ ] Temporary Assistance to Needy Families (TANF)
    [ ] Food Stamps
    [ ] Legal Aid Services

2.  [ ] **WAIVER:**

    [ ] I receive government assistance from the federal Supplemental Security Income (SSI) program.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW
Page 1 of 4
GNF11f - 060115
Use current version

Case Number: _____

**3. FINANCIAL QUESTIONNAIRE**
**SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

| NAME | RELATIONSHIP |
|------|-------------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**STATEMENT OF INCOME AND EXPENSES**

Employer name: _____

Employer phone number: _____

[X] I am unemployed (explain): *I WAS WRONGFULLY TERMINATED AND TRYING TO FIND EMPLOYMENT AGAIN*

My prior year's gross income:                                   $ *22,615*

**MONTHLY INCOME**

My total monthly gross income:                                  $ *800.00*
My spouse's monthly gross income (if available to me):          $ *0*
Other current monthly income, including spousal maintenance/support,
retirement, rental, interest, pensions, and lottery winnings:   $ *0*

**TOTAL MONTHLY INCOME**                                        $ *800.00*

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|------|------|------|
| Rent/Mortgage payment | $ *615.00* | $ |
| Car payment | $ *455.00* | $ |
| Credit card payments | $ *0* | $ |
| Explain: | | |
| Other payments & debts | $ | $ |
| Household *GROCERIES* | $ *200.00* | |
| Utilities/Telephone/Cable | $ *105.00* | |
| Medical/Dental/Drugs | $ *235.00* | |
| Health insurance | $ *N/A* | |
| Nursing care | $ *0* | |
| Tuition | $ *0* | |
| Child support | $ *0* | |
| Child care | $ *0* | |
| Spousal maintenance | $ *0* | |
| Car insurance | $ *0 127.00* | |
| Transportation | $ *0* | |
| Other expenses (explain) | $ | |

**TOTAL MONTHLY EXPENSES**                                     $ *1,727.00*

Case Number: _____

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

**ESTIMATED VALUE**

| | |
|---|---|
| Cash and bank accounts | $ *300.00* |
| Credit union accounts | $ *0* |
| Other liquid assets | $ *0* |

**TOTAL ASSETS** $ *300.00*

## The basis for the request is:

**4.  [X] DEFERRAL:**

**A.  [X]** My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

**OR**

**B.  [ ]** I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. **Explain.**

_____

_____

**OR**

**C.  [ ]** My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

| DESCRIPTION OF EXPENSES | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $_____ |

**5.  [ ] WAIVER:**

I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 3 of 4

GNF11f - 060115
Use current version

Case Number: _____

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

# OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

08.22.2019
_____
Date

AUG 2 2 2019

_____
Date

_____
My Commission Expires/Seal:

_____
Signature

RONALD DANIEL MASTERS
_____
Applicant's Printed Name

JEFF FINE, CLERK

_____
Judicial Officer, Deputy Clerk or Notary Public

M. Messmer
Deputy Clerk

© Superior Court of Arizona in Maricopa County
    ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

Person Filing: _Ronald Daniel Masters_
Address (if not protected): _1805 W. Naranja Ave_
City, State, Zip Code: _Mesa, AZ 05202_
Telephone: _214-683-8527_
Email Address: _FoodMasters1960@yahoo.com_
Lawyer's Bar Number: _____

CLERK OF THE SUPERIOR COURT
FILED
AUG 2 2 2019  12:32 pm
M. Meesmer, Deputy

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Ronald Daniel Masters_
**Name of Petitioner/Plaintiff**

Case Number: _CV2019-096402_

**ORDER REGARDING DEFERRAL OR WAIVER
OF COURT FEES AND COSTS AND
NOTICE REGARDING CONSENT JUDGMENT**

_The Hertz Corporation_
**Name of Respondent/Defendant**

---

| **NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT THE REST OF THE FORM.** |
|---|

---

**THE COURT FINDS** that the applicant (print name) _Ronald Daniel Masters_

1. ☐ IS NOT ELIGIBLE FOR A DEFERRAL of fees and/or costs.

   **OR**

2. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on financial eligibility.  As required by state law, the applicant has signed a consent to entry of judgment.

   **OR**

3. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

   **OR**

4. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on good cause shown.  As required by state law, the applicant has signed a consent to entry of judgment.

   **OR**

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs because the applicant is permanently unable to pay (A.R.S. § 12-302(D)).

   **OR**

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

   **OR**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF18f - 050119
Use current version

Case Number: _____

**7.** ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and/or costs.

## IT IS ORDERED:

☐ **DEFERRAL IS DENIED** for the following reason(s):

☐ The application is incomplete because _____

**You are encouraged to submit a complete application.**

☐ The applicant does not meet the financial criteria for deferral because _____
_____

**A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and/or costs in this court:

☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☒ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

☐ **SCHEDULE OF PAYMENTS.**
The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and/or costs in this case.

☐ **WAIVER IS GRANTED** for all fees and/or costs in this case that may be waived under A.R.S. § 12-302(H).

☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF
Page 2 of 3
GNF18f – 050119
Use current version

Case Number: _____

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

- **A.** Fees and costs are taxed to another party;
- **B.** The applicant has an established schedule of payments in effect and is current with those payments;
- **C.** The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;
- **D.** In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
- **E.** Within twenty (20) days of the date the court denies the supplemental application, the applicant either:
  - 1. Pays the fees and costs; or,
  - 2. Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply. If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: _____ AUG 2 2 2019 _____

☐ Judicial Officer    ☒ Special Commissioner
M. Messmer
Deputy Clerk

I CERTIFY that I mailed/delivered/provided a copy of this document to:

☑ Applicant ☐ at the above address ☐ in court ☒ File Counter

☐ Applicant's attorney ☐ at the above address ☐ in court

Date: AUG 2 2 2019      By: _____
                              Clerk

M. Messmer
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

Page 3 of 3

GNF18f – 050119
Use current version

Person Filing: _Ronald Daniel Masters_
Address (if not protected): _1805 W. Naranja Ave_
City, State, Zip Code: _Mesa, Az, 85202_
Telephone: _214-683-8927_
Email Address: _Foon Masters 1960 @Yahoo. Com_
Lawyer's Bar Number:_____

Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

CLERK OF THE SUPERIOR COURT
FILED
AUG 2 2 2019 For Clerk's Use Only
M. Messmer, Deputy

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Ronald Daniel Masters_
**Name of Petitioner/Plaintiff**

_The Hertz Corporation_
**Name of Respondent/Defendant**

**Case Number:** CV2019-096402

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEES**

STATE OF ARIZONA     )
COUNTY OF _Maricopa_  ) **ss.**

> **NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION IS USED AS A LAST RESORT.**

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

**I have requested a deferral or waiver of the following fees in my case:**

☒ **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

[ ] I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

[ ] It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):

_____

_____

[ ] An enforceable injunction against harassment has been granted to me against the person to be served.

Case Number: _____

[ ] **Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person (check and complete any that apply):

   [ ] This is what I did to try to find the other party (explain):

   _____

   _____

   [ ] I have contacted the person(s) listed below to try to find the location of the other party.

       **NAME**                 **ADDRESS**

   _____

   _____

## OATH OR AFFIRMATION

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: _08.22.2019_

Signature: _Ron M Masters_

Applicant's Printed Name: _Ronald Daniel Masters_

## INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) _08.22.2019_, the last known address of the person to be served as: _____

THE HERTZ CORPORATION
1711 E. BUCKEYE RD
Phoenix, AZ 85034.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

# MARICOPA COUNTY SHERIFF'S OFFICE
### Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292



CLERK OF THE
SUPERIOR COURT
RECEIVED JCB #1
DOCUMENT REPOSITORY

**2019 AUG 29  PM 3: 55**

FILED
BY C. O'NEILL, DEP

Ronald Daniel Masters
vs.
The Hertz Corporation

| STATE OF ARIZONA | ) | |
| County of Maricopa | ) ss. | CV2019-096402 |
| | ) | 19006642 |

    I hereby certify that I received the within documents on the **22nd day of August A.D. 2019** at the hour of **2:24 PM,** and served the same on the **28th day of August A.D. 2019** on **The Hertz Corporation** being said defendant(s) named in same documents, by delivering to **Matt Knowles, Corp Sec. Mgr,** who is of suitable age & discretion residing therein at their usual place of abode, at **1711 East Buckeye Road, Phoenix, AZ 85034** at **3:30 PM** in the county of Maricopa, a copy of said **Summons, Civil Complaint, Certificate Of Compulsory Arbitration.**

**Dated this 28th day of August A.D. 2019.**

| | | |
| --- | --- | --- |
| Service | $16.00 | PAUL PENZONE |
| Mileage | $16.00 | Maricopa County Sheriff |
| | | |
| Total | $32.00 | |

By _____
J. Tompkins #S1061

B3107

EXHIBIT B

Anthony J. Fernandez (Bar No. 018342)
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona  85016
Telephone:  (602) 954-5605
Facsimile:  (602) 954-5606
afernandez@qpwblaw.com
Attorneys for Defendant The Hertz Corporation
d/b/a Hertz Local Edition

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RONALD DANIEL MASTERS, | Case No.  CV2019-096402 |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL WITH VERIFICATION OF CHRISTOPHER ROBERTSON** |
| THE HERTZ CORPORATION D/B/A HERTZ LOCAL EDITION, | |
| Defendants. | |

**TO: THE CLERK OF THE SUPERIOR COURT AND ALL PARTIES HERETO AND THEIR ATTORNEYS**

PLEASE TAKE NOTICE that on September 26, 2019, Defendant The Hertz Corporation d/b/a Hertz Local Edition, filed with the United States District Court for the District of Arizona, a Notice of Removal with verification of Christopher Robertson, a copy of which is attached hereto as Exhibit 1.  Pursuant to 28 U.S.C. § 1446(d), no further action in this matter may be taken by this Court.

DATED this 26th day of September, 2019.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


By _____/s/Anthony J. Fernandez_____
Anthony J. Fernandez
Attorneys for Defendant The Hertz
Corporation dba Hertz Local Edition

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORIGINAL** efiled and copy
emailed and mailed this 26th day
 of September, 2019, to:

Ronald Daniel Masters
1805 W. Naranja Avenue
Mesa, Arizona 85202
Foodmasters1960@yahoo.com


By _____/s/Barbara McKinley_____

EXHIBIT C

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2019**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

# HERTZ GLOBAL HOLDINGS, INC.
# THE HERTZ CORPORATION

(Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| Delaware | 001-37665 | 61-1770902 |
| Delaware | 001-07541 | 13-1938568 |
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**8501 Williams Road**

**Estero, Florida  33928**

**239 301-7000**

(Address, including Zip Code, and telephone number, including area code, of registrant's principal executive offices)

**Not Applicable**

(Former name, former address and former fiscal year, if changed since last report.)

Securities registered pursuant to Section 12(b) of the Act:

| | Title of Each Class | Trading Symbol(s) | Name of Each Exchange on which Registered |
|---|---|---|---|
| Hertz Global Holdings, Inc. | Common Stock  par value $0.01 per share | HTZ | New York Stock Exchange |
| The Hertz Corporation | None | None | None |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Hertz Global Holdings, Inc.   Yes ☒ No ☐

The Hertz Corporation   Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Hertz Global Holdings, Inc.   Yes ☒ No ☐

The Hertz Corporation   Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Hertz Global Holdings, Inc. | Large accelerated filer | ☒ | Accelerated filer | ☐ | Non-accelerated filer | ☐ |
|---|---|---|---|---|---|---|
| | Smaller reporting company | ☐ | Emerging growth company | ☐ | | |